UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONNY RICHARD VANWHY, <br> Petitioner, <br> v. <br> R. BARNES, Warden, <br> Respondent. | No. EDCV 07-888 PSG (FFM) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 21, 2011

PHILIP S. GUTIERREZ
United States District Judge